# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 30, 2025

## NO. 03-24-00391-CV

**Hornback Construction, LLC, Appellant**

**v.**

**Jose Calderon d/b/a Triple J Construction, Appellee**

---

**APPEAL FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE CRUMP**

---

This is an appeal from the Final Judgment signed by the trial court on February 14, 2024. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.